United States Bankruptcy Court
Eastern District of Michigan
Southern Division

| | |
|---|---|
| In re: ) | |
| Christopher Scott Adams (xxx-xx-3669) ) | Case No: 12-43127-pjs |
| 48860 Amanda Lane ) | |
| Shelby Township, MI 48317-6377 ) | Chapter 13 |
| Debtor ) | |
| ) | Honorable Phillip J. Shefferly |
| ) | |

**DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE**

NOW COMES Debtor, by and through Counsel, and for this Motion to Dismiss Chapter 13 Case, and states as follows:

1. Debtor filed for Chapter 13 Bankruptcy relief on February 13, 2013.

2. Debtor's Chapter 13 Plan was confirmed by this Court on May 22, 2013.

3. Debtor wishes to dismiss this case because his income has decreased substantially. He can no longer afford the Plan payment of $168.50 bi-weekly, in addition to paying basic household expenses such as utilities, food, housing and transportation.

4. Debtor is not eligible to convert to a Chapter 7 because he filed a Chapter 7 bankruptcy on January 11, 2005, Case Number 05-40830.

5. A proposed order is attached as Exhibit A.

WHEREFORE, Debtor requests that this Honorable Court dismiss his Chapter 13 case.

Respectfully Submitted,

*/s/ Brian Rookard*
Brian Rookard (P-69836)
Gudeman & Associates, P.C.
Attorneys for Debtor
1026 West 11 Mile
Royal Oak, MI 48067
brookard@gudemanlaw.com

Dated: November 7, 2013

United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In re: )
Christopher Scott Adams (xxx-xx-3669) ) Case No: 12-43127-pjs
48860 Amanda Lane )
Shelby Township, MI 48317-6377 ) Chapter 13
                Debtor )
) Honorable Phillip J. Shefferly
)

## NOTICE OF DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE

    Debtor has filed papers with the Court for the purposes of dismissing the above Case. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the Court to enter an order granting Debtor the requested relief, or if you want the Court to consider your view on the dismissal of this case, then within (14) days from the date of service of this Notice, you or your attorney must:

    1.    File with the Court a written objection, explaining your position, at:[1] United States Bankruptcy Court; 211 West Fort Street, Suite 2100; Detroit, MI 48226.

    If you mail your objection to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

    You must also mail a copy to:

| | |
|---|---|
| Gudeman & Assoc., P.C. | Chapter 13 Trustee – David Wm. Ruskin |
| 1026 West 11 Mile | 1100 Travelers Tower, 26555 Evergreen Road |
| Royal Oak, MI 48067 | Southfield, MI 48076 |

    2.    If an objection is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with notice of the date, time and location of that hearing. **If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.**

                                */s/ Brian Rookard*
                                Brian Rookard (P-69836)
                                Gudeman & Associates, P.C.
                                Attorneys for Debtor
                                1026 West 11 Mile
                                Royal Oak, MI 48067
                                brookard@gudemanlaw.com

Dated: November 7, 2013

---

[1] Response or answer must comply with F.R. Civ.P. 8(b), (c) and (e)

United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In re: )
Christopher Scott Adams (xxx-xx-3669) ) Case No: 12-43127-pjs
48860 Amanda Lane )
Shelby Township, MI 48317-6377 ) Chapter 13
                         Debtor )
) Honorable Phillip J. Shefferly
)

### (PROPOSED) ORDER GRANTING DEBTOR'S MOTION DISMISS CHAPTER 13 CASE

This matter having come before the Court upon the motion of the Debtor to dismiss his Chapter 13 case, all interested parties having been served with notice of the motion, no objections having been received, or in the alternative a hearing having been held and the court being fully advised in the premises:

IT IS ORDERED that the Debtor's Chapter 13 Case is dismissed.

### EXHIBIT A

United States Bankruptcy Court
Eastern District of Michigan
Southern Division

| | |
|---|---|
| In re: ) | |
| Christopher Scott Adams (xxx-xx-3669) ) | Case No: 12-43127-pjs |
| 48860 Amanda Lane ) | |
| Shelby Township, MI  48317-6377 ) | Chapter 13 |
| Debtor ) | |
| ) | Honorable Phillip J. Shefferly |
| ) | |

## CERTIFICATE OF SERVICE

Counsel for Debtor certifies that on November 7, 2013, he caused the documents listed below to be served on all parties listed on the attached mailing matrix and that he served such documents either electronically through the ECF system, or mailed through the United States Postal Service, first class, postage pre-paid.

DOCUMENTS SERVED:

- *Debtor's Motion to Dismiss Chapter 13 Case*
- *Notice*
- *Proposed Order* and this
- *Certificate of Service*

                Respectfully Submitted,

                */s/ Brian Rookard*
                Brian A. Rookard (P-69836)
                Gudeman & Associates, P.C.
                Attorneys for Debtor
                1026 West 11 Mile
                Royal Oak, MI 48067
                Ph: 248-546-2800
                brookard@gudemanlaw.com

Dated: November 7, 2013